IN THE SUPREME COURT OF THE STATE OF MONTANA
OP 22-0231



FILED

05/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0231

KEITH POPE,

Petitioner,

v.

JEFFERSON COUNTY DETENTION
CENTER, SHERIFF CRAIG DOOLITTLE, and
the HON. LUKE BERGER,

Respondents.

FILED

MAY 1 7 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Representing himself, Keith Pope has filed a Petition for Writ of Habeas Corpus, indicating that he is being held in jail and that his bail is excessive. Pope claims "excessive bail," but he does not provide the bond amount. He contends that he has not received timely information from his counsel and that between his public defenders in Jefferson County and Helena, he hasn't been notified timely of court proceedings. We amend the caption to include the Sheriff of the Jefferson County Detention Center, where Pope currently is held. Pope requests his immediate release.

We requested and reviewed the register of actions and the Fifth Judicial District Court's April 6, 2022 Order on Bond in his Jefferson County case. The State of Montana charged Pope in August 2021, and the District Court held a hearing on a motion for bail reduction less than three weeks later. The court lowered Pope's bond amount from $50,000 to $30,000, releasing him with conditions. In February 2022, after Pope missed a final pretrial conference, the State requested a new warrant. The court re-set bail at $100,000, noting Pope's recent case in Helena. Pope received reassignment of counsel in March 2022. On April 6, the District Court held a hearing on counsel's motion for bail reduction. In its Order on Bond, the court acknowledged Pope's concerns with confusion about his legal representation but noted Pope's "track record" and its concerns about Pope's behavior

when dealing with law enforcement. The court accordingly lowered the bond to $60,000 with conditions.

Pope is not entitled to immediate release because he has not demonstrated want of bail pursuant to § 46-22-103, MCA. A district court has the discretion to grant or deny release and bail and to set conditions. *Grafft v. Mont. Fourth Judicial Dist. Court*, 2021 MT 201, ¶ 11, 405 Mont. 192, 197, 492 P.3d 1213. At the second hearing, the District Court considered the motion for bail reduction together with Pope's non-compliance while he was released from August 2021 to February 2022. The court applied its discretion to determine an appropriate amount of bail and explained its reasons.

Pope has not demonstrated that he is illegally incarcerated. Section 46-22-101(1), MCA. In addition, Pope should not file pleadings with this Court on his own behalf while he is represented by counsel in the District Court. M. R. App. P. 10(1)(c).

IT IS THEREFORE ORDERED that Pope's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Honorable Luke Berger, District Court Judge, Jefferson County District Court, along with a copy of Pope's Petition; Dorianne Woods, Clerk of District Court, Jefferson County, under Cause No. DC-2021-39; Andrew Paul, Jefferson County Attorney; Michael Trosper, Defense Counsel; Craig Doolittle, Sheriff; counsel of record; and Keith Pope personally.

DATED this 12ᵗʰ day of May, 2022.

_____
Chief Justice

_____

_____

_____

2

_____
Justices